Fifth Ward Building and Loan Association v. Boylan.

*Appeals—Paper-books—Statement of question involved.*

An appeal will be quashed where the appellant's paper-book does not contain "a statement of the question involved," as required by the Rules of the Supreme Court. There is no exception to this requirement which must be complied with in all cases.

Argued Jan. 22, 1901. Appeal, No. 209, Jan. T., 1900, by defendant, from order of C. P. No. 4, Phila. Co., Dec. T., 1899, No. 595, making absolute a rule to set aside sheriff's sale in the case of the Fifth Ward Building & Loan Association v. Andrew J. Boylan. Before McCollum, C. J., Mitchell, Fell, Brown, Mestrezat and Potter, JJ. Appeal quashed.

Rule to set aside sheriff's sale.

The paper-book of appellant did not contain "a statement of the question involved."

*David C. Harrington*, for appellant.

*Henry J. Scott* and *Alfred C. Ferris*, for appellee.

Per Curiam, January 22, 1901:

Judgment of non pros. because no "statement of the question involved" is contained in the appellant's paper-book.